CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

MAR 0 3 2008

JOHN F. CORCORAN, CLERK
BY:
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| KIMBERLY TOWNES MOSES, on behalf of herself and as a representative of a class of similarly situated individuals,<br>Plaintiff, | )<br>)<br>)<br>)<br>)<br>) | Civil Action No.: 7:07cv00423<br><br>**ORDER** |
| v. | )<br>) | By: Samuel G. Wilson<br>United States District Judge |
| SEARS, ROEBUCK AND COMPANY,<br>Defendant. | )<br>) | |

In accordance with the memorandum opinion entered this day, it is hereby **ORDERED** and **ADJUDGED** that defendant's motion to dismiss is **DENIED**.

**Enter:** this third day of March, 2008.

_____
UNITED STATES DISTRICT JUDGE